

ACCEPTED
14-17-00379-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/16/2018 3:45 PM
CHRISTOPHER PRINE
CLERK

May 16, 2018

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/16/2018 3:45:43 PM
CHRISTOPHER A. PRINE
Clerk

**Via Electronic Filing**
Christopher A. Prine
Clerk of the Fourteenth Court of Appeals
301 Fannin Street, Suite 245
Houston, Texas 77002-2066

> **Re:** **Court of Appeals Number 14-17-00379-CV; Alejandro L. Padua and The Padua Law Firm, PLLC v. Jason A. Gibson, PC d/b/a The Gibson Law Firm and Jason A. Gibson; In the Fourteenth Court of Appeals.**

Dear Mr. Prine,

Please be advised that Lance Christopher Kassab of The Kassab Law Firm will be presenting oral argument on behalf of Appellants Alejandro L. Padua and The Padua Law Firm, PLLC.

Thank you.

Sincerely,

THE KASSAB LAW FIRM

David Eric Kassab

CC. – All Counsel of Record (via electronic service).

1214 Elgin Street | Houston | Texas | 77004 | tel. 713.522.7400 | fax 713.522.7410 | www.TexasLegalMalpractice.com